case number 24-6173 Pauline Newman honorable circuit judge at balance versus Kimberly A. Moore honorable in her official capacity as chief judge of the united states court of appeals for the federal circuit chair of the judicial council of the federal circuit and chair of the special committee of the judicial council of the federal circuit et al. Mr. Dolin for the balance, Ms. Good morning your honors and may it please the court. For over two years and as a result of defendant's actions, Judge Newman, a duly appointed federal judge, has been unable to exercise any functions or powers of her office which she holds. She has heard no cases at panel or on bank level. She has written no opinions, has ruled on no motions, voted on no petitions, seen no briefs or pre-publications opinions. This state of affairs constitutes a practical removal from office something that the constitution and the disability act both prohibit. And there are three separate reasons why defendant's actions are unlawful. Defendants have functionally affected unconstitutional removal from office in violation of article 3 and section 354 a3. Second, defense have exceeded powers granted by the disability act which to the extent is constitutional at all does not authorize seriatim removal. In fact section 354 a2a roman one speaks only of temporary removal on temporary basis for time certain. And third, these entire proceedings violate basic norms of due process which at a minimum require a mutual adjudicator in the first. We want to begin by emphasizing that ruling for the defendant undermines the independence of every holder of judicial office. If defendants are correct that a temporary suspension from all functions is constitutionally permissible. And it would follow that any judge can be completely debarred from exercising judicial functions and that such debarment would not be constitutionally problematic so long as the judge continues to receive his or her salary. And it would not be constitutional problematic whether it's done by fellow judges or another branch. And that simply cannot be correct. Counselor your constitutional arguments are forceful and raise a lot of novel and difficult questions. But as you know as a panel we're bound by our decision in McBride and which on its face at least would seem to entirely foreclose your as applied and statutory challenges. So you've offered us in the briefs a few ways around McBride and I'm curious which of those you think is the strongest. I think two part answers that question Chris Garcia. First I think we have facial challenge to the extent if the statute is construed to mean that it allows suspension of a judge for any period of time from all judicial functions it's unconstitutional on its face. Of course through adoption of constitutional avoidance that can be construed more narrowly. That's a facial chance and that is not explicitly precluded by McBride. Second I think McBride on its own terms even leaving aside the subsequent history on its terms accepts this case. Footnote 5 in McBride explicitly reserves the question of what happens when a suspension of particular of sufficient length affects an effective removal. You say there's a facial challenge so long and that your facial challenge succeeds if it allows effective removal. But that's not my understanding of how we the standard we use in a facial challenge. Are there any constitutional applications of the statute? And the statute isn't limited to practical removals from duty. It has all kinds of lesser effects that I thought your brief was acknowledging or authorizing. Absolutely we don't challenge for example the idea that judicial counsel can impose reprimands. We don't challenge the idea judicial counsel can collect information and certify a judge for impeachment for judicial conference and enter the house of representative. We don't challenge even the idea that judicial counsel could say that look a particular judge had a particularly untoward experience with particular group of lawyers and therefore should not interact with those lawyers in a courtroom. So absolutely. What about a backlog? I mean I know there's been statutory action since Chandler but the court in Chandler said that it was not unconstitutional for the judicial counsel to pause a new assignment to a judge in order to allow management and catching up with the back. Yeah so again two-part answer to that question. First generally backlog is not dealt with under this act. So this is dealt with under a different statute. The question about constitutionality counsel actions vis-a-vis a judge's workload. Absolutely and I think the fundamental difference there is when a judge has a backlog that means he's still exercising judicial functions. The office judge when a federal judge an article three judge is appointed he has two separate protections. One there's a salary protection which judge Newman has not been deprived of and two the judge gets to hold office during good behavior. Holding office must mean something and that must mean given the precedent that the judge gets to judicially decide questions submitted. And so the judge has a backlog by definition means that that judge still has questions before him or her deciding those in a judicial manner. I fear that I interrupted you in answering. Yes I was going to get that question about which of the ways of distinguishing McBride you think is the most. Right so I was going to get back. Can I follow up on the challenge and we'll get to the ways around McBride. So I have a similar question just about how facial challenge work because the FLE is going to say you're asking us to hold the provision authorizing temporary time certain assignments case suspensions facially unconstitutional. And that the way that analysis works is that if there are a substantial number of constitutional applications of that putting aside what happened in this case and your facial challenge fails. And what is wrong about that? I respectfully I disagree. I think the way to think about our facial challenge is that if of course you have to figure out what that's what the special provision means. And if it means that it allows wholesale suspension of all judicial functions then it's unconstitutional. If it means something else then you're right our facial challenge fails. And then the question is is a judicial council actions fits into that something else framework. And so this is my next question which is that argument that if it reaches this far then it is facially unconstitutional. That sounds a lot like an overbreadth argument which we in the Supreme Court have argued in the federal amendment context. Not a normal facial challenge which again we can take as given there are many unconstitutional applications but if there's a substantial number of legitimate ones a facial challenge fails. So I again I respectfully disagree. I don't think it's an overbreadth argument. I think it's a statutory construction argument. The statute means either A or B. And if it means A then what the council is doing is ultra virus. And if it means B meaning that allows authorized wholesale suspension or removal for by practical effects then it's unconstitutional. So you're right the court can absolutely avoid the constitutional problem but in order to get there they'd have to construe the statute more narrowly and the upshot is that under either scenario appellants prevail. I don't think that's exactly consistent with our precedent or the if there are a substantial number of constitutional applications then there's not a facial constitutional problem so we don't go to this step of interpreting it narrowly to avoid the problem. So you're jumping to the narrowing construction I think based on a an assumption that you've met a factor that I'm not sure I see you having met. The notion that I think you said that if the statute is unconstitutional because it allows as one subset of its applications that's my addition but because it allows a full-on suspension of duty and I don't think that's enough to render it facially unconstitutional and therefore we don't get to the step being concerned about a narrowing construct. Well so I think that I don't think it's quite correct I think it's still the first step has to be what does the statute actually allow right and so you're right if the court concludes that the statute allows only some sort of temporary suspension when a judge still has as in a backlog situation still has judicial duties to accomplish then you're right we don't need to get to either as applied or facial challenge we're done but of course that's not what's happening to Judge Newman. If it allows more right then it's a problem then it's a facial problem because the statute I think that the way the statutory challenge the way that facial challenges work is that if whether or not to decision is constitutional rests with an administrative agency which is what judicial counsel is and it's purely their discretion then the statute authorize them to do something that it cannot do and it's based on constitution so the mere fact that they could act behave constitutionally doesn't mean actually the statute is on its face constitutional. But Judge Christian to get back to your so first as I mentioned footnote five of McBride on its face recognizes that there may be actions by judicial counsel that go so far beyond what either the statute or constitution authorizes that this court will not stay its hand this court will have jurisdiction to decide. Second post McBride there's two cases actually coming out of the federal circuit COSA v. Lee and SAS v. Iancu where the Supreme Court explicitly says on a almost identical language that has jurisdiction stripping provision in that case in the context of a patent act Supreme Court explicitly says that jurisdiction stripping provisions only apply when the agency actually acts within the bound provided by the statute the agency goes beyond what the statute authorizes then the jurisdiction provisions have no effect because you have to be right in context of the whole statute. So this is our statutory argument it's not so much that we argue that look a six-month suspension would have been okay but Judge Newman was treated unfairly because she got a year plus that would be beyond this beyond this court's jurisdiction. What we are arguing is that the statute to the extent it's constitutional authorizes a temporary suspension for time certain a renewal by definition is not time certain. So this goes beyond what the statute authorizes just like in a patent act when the court said the federal circuit cannot review director's decision whether or not to institute inter-parties review but if the director chooses to kind of do half institution and half non-institution because that's not what statute authorizes the courts can review that. So I think those are our two strongest arguments and the fact that whether or not an agency acting ultra-virus is for the court. So if this provision as you're arguing doesn't bar our review of a challenge that the council acted in excess of its statutory authority what does it bar? It certainly bars seriatim suspensions. What does the judicial review preclusion prohibit us from considering? So for example it's common so for example if Judge Newman were to come to this court and said you know in prior cases judicial counsels of other circuits suspended judges for six months and here I am being suspended for a year and that's inconsistent and we should have everybody should be treated the same that would be barred. If Judge Newman said look I am you know the court precluded me from hearing. I'm confused about that point because you spend a lot of time in your briefing and no one has been treated as severely as Judge Newman but you just said if her argument was that she was being treated worse than other people we couldn't hear that. That's true I think the point that we made in our briefing. We can't consider your argument that she's been treated worse than any other judge. No I don't think that's. You just said. Well no you can't. Something we could consider. No you're right you shouldn't consider you shouldn't get her relieved merely on the basis of disparate treatment. The reason we pointed out that nobody has been treated as poorly as Judge Newman is to show the court that no judicial counsel previously federal circuit this court or any other judicial counsel has ever viewed its powers to fully remove judicial functions from a judge and do it on a serious and repetitive basis. So it's not that she's treated more poorly it's just to illustrate how everyone understood this what everybody understood the statute to mean. But an equal protection claim could not be heard. Yeah we have not brought an equal protection. No I mean you were given an example and you just said disparate treatment can't be brought. Equal protection cannot be heard but due process can. I think so because due process requires that the process be fair itself not that necessarily the equal protection is. A constitutional claim couldn't be brought. I think the constitutional claim I think will be just very hard to bring because in each case is somewhat different and it's the Congress could decide that these intra court disputes are best settled in the court with so long as it doesn't transgress on the constitutional powers of a duly appointed judge. Are you making that distinction because you think McBride requires it? I think McBride does require it. I also think that you know the 357c has to mean something. So the jurisdiction strip and provision. And you see a due process claim as inherently I mean you said previously and I didn't see this as exactly how you argued your brief but that you were in defending what you describe as a facial challenge from our understanding of Salerno. You said that in every case the judicial counsel has discretion and then in characterizing a due process claim as sort of a facial claim. Are you saying that there is in every instance of the judicial counsel's assessment of a judge's conduct and meeting out of a potential limitation or guidance or discipline that in every case there's something wrong with what the judicial counsel does? No, no. I think our claim is much more narrow than that. Our claim is simply a due process at its basic requires a neutral adjudicator. And in this case this whole case began the very first order issued by Chief Judge Moore says on page two I believe of that order says that the reason this process has begun is because other judges supposedly have complained about Judge Newman's alleged infirmities on the bench. So there are witnesses. It's not so much even although that's also a problem that they're both prosecutors and judges but there are witnesses and then they're evaluating essentially the veracity of their own statements. Which is why as we pointed out so it's not it's not a protection challenge it's that kind of it's an understanding of what the statute allows which is why in every other case that we've been able to find and and police have not been able to point to any anything contrary. In every other case when a circuit judge was being investigated and when went beyond the chief judge's evaluation when went to special committee it's been transferred to another circuit. In fact transfers have happened when even for district judges when they live in close quarters this just happened for a judge of the DC district court. And so it's the due process is not that this court should superintend every single circuit that does something screwy. It's that at the very least the people who are adjudicating the dispute whether it's about disability or about misconduct have to be neutral in their neutral adjudicators. Is that a facial challenge or is that a applied challenge? It has to be sort of as applied challenge but it's one of those things that it's a basic actual requirement. Of course it has to be as applied because the you only know whether a due process violated based on what actually has happened. So you have to wait what happened. But obviously back to McBride it's a process challenge to the way those proceedings were conducted. Right that's true although there it was the only question was whether or not you know the proceeding should have been started to begin with and not whether or not the ultimate adjudicators are you know are essentially conflicted out. But you said that there's no example of a misconduct investigation conducted within the judges own circuit. On what basis do you are you talking about published judicial decisions? Well yes because well published judicial council decisions. Because once an investigation begins one has to go back to chief judge. So there's it's a three sort of step process. There's a chief judge who can kind of give thumbs up or down and then if it moves to special committee special committee should report it to judicial council. Once it moves to the special committee and special committee makes a recommendation judicial council must publish a report. So whether it exonerates the judge or punishes the judge. So yes but there can be and you're you're distinguishing a case in which there may in fact be an investigation short of. Well that could be essentially what a quick look where the chief judge says this has no merit and goes nowhere. So there's really not really an investigation. But anything that's really an investigation when there's a disputed question of that has always been transferred somewhere else. And the way we know this is because there's not a single published decision and that police have not been able to identify one where things stayed in the circuit. The closest they come is they cite the Adams case from the sixth circuit. Of course Judge Adams was a district judge but even there every single judge in his district recused himself and not only that but then chief judge of the sixth circuit who before going on to the sixth circuit served on not even with Judge Adams himself but with his colleagues served on the northern district of Ohio because she knew personalities involved she recused herself. So same thing just happened in Alaska where the circuit judge from Alaska and a senior district judge because they all sit in the same courthouse with a judge was being investigated they refused himself from judicial counsel. This is just de rigueur it has never happened otherwise and in two plus years of this litigation that police have not been able to point to a single case where there has not been a transfer. Do you distinguish between or is there a distinction between the power or the authority of a court to do the investigation itself without transferring it is the investigation that is doing the investigation itself a violation of due process or is it acting on the outcome of the investigation? I don't think those two are separable because part of the investigation is also taking evidence it's also potentially expanding the scope of investigation it's potentially issuing interim orders so I don't think those two are really. The due process rights respect to an investigator are very different than they are with respect to an adjudicator. Correct but I think. You're not entitled to. Well you're in a criminal context which is definitely is not but you know the police are investigating because they think you did it. Right so of course you are entitled to serve a prosecutor who's not conflicted out but I think the the weirdness of this whole thing is that investigation adjudication all happening at once with the same people involved and so. It's not the same people the council included many more people the investigative committee was pretty small as I recall three. Three yes but of course those people also on the council. I understand that but the three investigators it's not the same people making the decision by the council that are doing the investigation. Yeah correct but I think in this case at least it it doesn't matter well for it doesn't matter for two reasons one because the investigators also get to issue what they view as binding orders and it's because they view Judge Newman as being disobedient to those orders that they've imposed additional sanctions but also and I go back to this notion that from the very beginning there was and this is not us this is Chief Judge Moore her opening order says that other judges have evidence that Judge Newman is not able to do her work. So she has not identified which of those judges are so for all we know it could be the investigators could be people on the council and that is ultimately the problem on the due process issue. Can you update us on the status of the ongoing proceedings um pending motion for reconsideration back and forth? It remains pending there's additional reports have been submitted some of them are now published on the federal service website. Still pending before the council. Still pending before the council um given the latest public order it we don't have much confidence that the that they will reconsider and in any event we're coming up by the time the reconsideration happens we're coming up now on potential renewal for a third year so if uh Council does not buy Dr. Filler's report. What what do you think um either an investigating committee or council can do what do you think is permissible for them to do if a judge engages in misconduct as part of an investigative process? They they can use all the sanctions that are available under Judicial Disability Act but remove the judge completely from hearing cases. They can of course refer the matter to the house. So all right so they could refer for impeachment that's okay I assume that that's not the only option and so they can what? There can be reprimands there can be um yeah you know depending on the misconduct the council could choose to say that look with this with these particular lawyers you don't get to hear cases because you've been misbehaving. The misconduct alleged here is that the non-cooperative cooperation with the investigative process so how do they they need to do an investigation um you haven't challenged I know you've challenged who should be doing it but you haven't challenged that there was at least a legitimate basis for an investigation here it's just your objection has been who does that well we have challenged it not not on this court but we have on the uh the basis who does the investigation not whether there should be an investigation so I'm taking it on that basis okay and so and then when someone doesn't cooperate with the investigation what are their options because a reprimand doesn't get them the information they need to conclude their investigation so there are also mechanisms in the statute that allows the council to go to a district court which would be an insult to the data and get a subpoena which would be enforceable as any other subpoena. They don't want documents they want a medical information well they also wanted documents as well so they want to judge Newman's medical records as well so but they don't provide it by now uh they've been provided just to the experts they've not been provided to the council which is another another point of contention between us and the council. Can one subpoena by subpoena or other judicial process require someone to undergo medical examination? Well certainly certainly in other contexts yes we've um certain criminal context we order people to go to undergo examination for competency to undergo examination for insanity we undergo incrimination for um to provide blood work so certainly that can be done right in the civil context no well in civil context as well I think you can order for example blood work to determine paternity um determine paternity for example right so so you characterize this as a um effectively because renewable a permanent bar on the judge doing work on the docket but it seems significant that neither have they ordered her to undergo medical examination per se nor have they ordered her to stop hearing cases they've given her a pressured to be sure option if you don't submit to the investigation then you aren't hearing cases but if you do submit to the investigation then you may continue to hear cases so it's different from a permanent bar so I don't think that's true for two reasons and I think your question um has one of the reasons uh embedded in it and that's what is made at no point the judicial council suggest that if just humans go through the investigation and in fact if she passes with flying colors she goes back on the bench that has never been suggested in any of the judicial council's orders or any of the briefs so like that will merely allow us to conclude our investigation and come to our conclusion which will ultimately get on our own including all the affidavits from the court staff or including apparently our own views as judges and our interactions just Newman so they were to say and if as you put it she passes it with flying colors she will return to her duties if it had said that would that be a cure for the constitutional I don't think so and this goes and so this goes to judgment let's initial question uh what what is the judicial council to do and I respectfully submit that there's only three ways for a judge to stop hearing cases and that's that resignation and impeachment there simply is no door number four and so if the judge is recalcitrant if the judge is refusing to um to comply if the judge is in fact if the judge is disabled which just Newman is not but if the judge were disabled removing a judge from hearing cases simply by the order for college is not what the constitution provides in fact wait wait but being disabled is not a high crime or misdemeanor well um of course the congressman determined for itself and that that is that actually is not to disturb you about what is high crime or misdemeanor but just thinking about what the constitution means in providing for impeachment I mean nor is having whatever impairments the committee of you know the judicial council of the federal circuit is investigating that's also not a high crime or misdemeanor nor even interfering with an investigation I don't think and so the notion that what's available is death resignation or impeachment leaves the courts with no ability to govern themselves but that I think is by design but I think that's by design the constitution provided only three ways to protect the public from uh wayward judges and that is that's resignation or impeachment and yes that comes with some costs and in fact um you know whether or not disability is high crime or misdemeanor the concept of disability was considered even before the constitution the alexander hamilton writes in federalist 79 that it is better to occasionally risk a disabled judge being on the bench in part because mental stability is such a amorphous line than to have any mechanism for removal uh so uh I so judgment to your question uh fundamentally what's the remedy the remedy is what the constitution provides and that's and I think that's a high bar a subpoena for all of her medical records that were submitted to the expert or whoever they were submitted to would that be permissible yes that's permissible because that's done under article three power of a neutral district court like in any other civil proceedings so judicial council would file a civil action against judge newman and but also the bottom line whether they get the medical records or not whether they adjudicate just to be competent or not the bottom line is they still cannot remove her from hearing cases if they think that she's incompetent I don't know why I have to go to district court 356 gives subpoena power to the council and their special committee yes but it's enforceable in a district court like there's a separate next step they can issue the subpoena which of course they've never done and if we contest the subpoena or we ignore they get to go to the district so they don't have to go to district court to have the subpoena correct yes that's if she doesn't comply what happens then they have to go to district court for enforcement and what's the enforcement the enforcement is through civil contempt um but uh I also wanted to civil contempt and misconduct that the conference that the council could take action on no I think the district court could uh could take usual actions whether it's monetary penalties or whether it's jail time but someone's held in contempt by a court right I would think an judicial counsel would be able to investigate that oh absolutely yes of course of course the question is what can be what punishment can be given just Newman and the punishment is not removal from hearing cases no but it could be I mean in civil contempt cases there's pressure put on the person until they comply yes um and so yes so if uh a district judge wishes to jail judge Newman until she complies that's a different story because again it fell into article three powers and she's basically treated as any other litigant jail they can have fines accrued they can have fines accrued and it's but it's your position that they cannot touch the assignment right she's vested with judicial powers through the constitution that's where she derives her powers uh those powers cannot be withdrawn by simply by an order of an administrative body so let's this is not at all a comment on the existing case before us just exploring your view of what powers the judiciary has to make sure that it is serving the public as intended if somebody if I had a serious brain injury and um um could no longer speak coherently but came into the office and continued to do my to do my work and my colleagues had concerns whether it wasn't just a speech problem but a bigger problem of brain injury if the court wants to investigate in its responsibility to make sure that the article three courts are serving the public the only the only thing the court can do is imprison or find that judge when they don't submit uh well to the king of the judge for medical records yes so I don't think judges I don't want to give them or maybe I haven't been and had that examination I guess so I think I well they can't say in prison or fine so that's not a power given by the district court yes and to you it's less of a constitutional problem district court to to fashion a contempt sanction against a circuit court judge than to have the judicial council appealable to the judicial conference of the United States do something analogous indeed uh and the reason it's a lesser sanction is because judicial because in that hypothetical the district court is not directly affecting your um article three powers now you may be sitting in jail and therefore can't show up to the courthouse and can't adjudicate cases because you're physically not there and so it's an incidental effect on your powers but not a direct effect so your powers as a circuit court judge stem from the constitution and the commission that you were granted after having been nominated by the president confirmed by the senate and then appointed so could could the council as a sanction for misconduct bar a judge from entering the courthouse from uh being in a courthouse I so as we said in our brief the constitution does deal with substance not shadows so if it's merely if a judge by virtue of contempt prevents her from coming to the courthouse and hearing cases that would be just an indirect effect that would be fine but so if the circuit um council just prevents her from coming into the courthouse at all then it would just be an indirect effect any impact on her ability your cases would be an indirect effect I I think I disagree because it's a direct effect when a council does it but it's an indirect effect well I think I think the point is that if sanctioned for misconduct so as to prevent the judge from hearing cases not so as to um you know not so as to treat her like any other litigant they've done it because say you have obviously not this case but you have someone who's just really loud and noisy and full in a china shop whenever they're in chambers and they go around throwing things and breaking things and yelling at other people they go you can't be in the courthouse you can't be in the courthouse we have to protect people from that the point the point is that the judge would have to be whatever that they get to sit in their chambers they'll have to be able to go on the bench so why wouldn't that apply to the same I mean I'm not understanding why you think a district court can accomplish something that the uh council cannot if they're both you just said it was indirect so that's not a problem this would be justice and it would be justified on the fact they can't function right so I would get I would have a professional manner in physically inside the courthouse that's not this case at all to be clear but that's my hypothetical and so the same thing is you can't come in this building so I would answer it by analogy so if for example not even in a in this context in any other context why is it different when the council does it than when a district court does it for contempt so I if I may judge my let so by analogy imagine a district court finds a judge whether it's for speeding or for whatever else now in some sense it diminishes judges salary right because now she has a smaller take-home paycheck that is not a constitutional problem because the judge is simply being treated like any other lady but if uh if conversely if judicial counsel says look you're being too slow on your opinions and so we're docking 10 of your salary that is a constitutional they said you broke all the dishes in the cafeteria you need to pay for them they could do that they could do that but that's not I don't understand how that answers my question about if a district court prevents someone from coming into the courthouse which is necessary to hear cases then why the council couldn't likewise impose sanctions that prevent someone from coming in the courthouse and have the indirect effect of preventing them from hearing case but even even when a district court does it even the preventing from come to the courthouse is itself indirect because the district court presumably would put a judge in jail so it's not an order you can't come to the courthouse so you have to sit in jail and I don't know if that so if the district court issue injunction preventing a judge from doing her job directly that would also be a constitutional problem but I think they'll be a constitutional problem if you can because if you need to do to be in the courthouse to do your job they can only put you in all right it doesn't make a whole lot of sense to me that the constitution's perfectly happy if they can't sit on cases because they're in a jail cell but otherwise any other thing that keeps them from coming to the courthouse to hear cases it's not allowed I think that's right I think it doesn't make much sense to me well if it were right judgment then the impeachment provision in the constitution that is meant to be a high bar essentially becomes unnecessary because judicial counsel can always well withhold again I know you're talking about this so the impeachment standard is high crimes and misdemeanors article of faith protection is serving during good behavior are you equating good behavior with high crimes and misdemeanors it seems to me that they're somewhat different in there and that may very well be the area in which whether or not they're the same I think the only thing that prevents you from hearing cases is impeachment correct removal but that's not what article 3 says it says service during good behavior yes but I think the same or not I don't I I haven't given it much thought but I don't think it matters because whether or not good behavior is a higher same or lower standard than high crimes and misdemeanors the judgment as to whether or not somebody is you know is on good behavior is with congress and not with fellow judges no the congress gives them an impeachment power and it doesn't say you decide if they're on good behavior it says you decide if they've committed a high crime and misdemeanor so that's I think it may very well matter but these seem to be different standards and so if it's good behavior which of course committing a high crime and misdemeanor would not be good behavior that's that's easy but if instead someone is critically ill has had severe physical injuries from some kind of accident and simply you know cannot move is going in and out of consciousness for three months that's not a high crime and misdemeanor judge pillard said but their their ability to serve during you know good behavior in their service might well be in question at least during that time period while they're recovering they yes but it presumably in that situation the judge is not on the court so judges of course like everybody else can take medical leave that judge is not capable of making any decisions in my hypothetical so that they're not going to voluntarily do they're not in a position to make any legal or binding decisions so the council itself will decide we are not giving that judge any cases during the recuperation period we are not going to have them voting on on bank matters during the recuperation period um that seems to me fully consistent with article three i think it's only consistent with what the statute allows even though there'd be no reference for impeachment but i think that in that case the reason it's permissible is because the judge is simply not there to do the work right so in your hypothetical the judge is going in and out of conscious presumably they're not showing up at but i just in exploring to get the apparent gap between service during good behavior and high crimes and misdemeanors you said at one point that would be for congress to judge and i wasn't sure whether i mean suing uh back and forth seems to take that to mean in um serving articles of impeachment but i when you first said that i thought you meant for congress to judge in legislating for example enacting two or the different authorities that are given in the article of impeachment pardon through the article of impeachment not so is it not that congress has any role in ensuring good behavior by legislating if and i know you disagree with this right i gather you disagree special questions do you disagree that there is an apparent delta between conduct that refrains from committing high crimes and misdemeanors and conduct that constitutes good behavior that is identical yes i do disagree there's a delta simply based on historical standards so congress has never thought that there is a there is such a of judges so and they haven't congress hasn't amended those authorities for the judicial council to supervise and to some extent discipline judges so somebody thinks that there's a delta or tell me why that no so i think i disagree so and i disagree for the following reason the judges get to hold office during good behavior holding office as i before uh includes determining judicially questions submitted that doesn't mean that judges don't get reprimanded doesn't mean that judges don't get um you know uh don't get assigned you know not assigned some cases but not others so but you have the good behavior protects the holding of the office portion and um congress the only way to stop judge from holding office i.e. from deciding judicially questions submitted is through impeachment if it were otherwise it would then mean that not congress can delegate this role not just judicial council can delegate this role to the your theory leaves no room at all i mean this is the statute not just about misconduct but about disability and disability if you do the impeachment process you're out there's no temporary impeachment correct you are in fact convicted of a crime right you're going to lose your pen your any pension you might have any benefits you lose everything and the notion that congress would say well if someone has a disability so they can't function for six months or a year we're going to declare them a criminal and destroy their entire position take it away never to be returned including all benefits and emoluments with it but that's that that somehow the constitution forced that choice seems to me an extraordinary proposition and in fact the standards are different for impeachment and good behavior and that's the very reason there has to be room for some temporary suspensions that keep the person in their office that don't take away their ability for retirement benefits or health care benefits while they're recovering i don't understand why i mean if your position means that someone who is who is physically disabled for six months has to either be given cases to decide or impeached that suggests to me there's something wrong with your position i think my position is that if somebody is disabled for six months somebody undergoing medical treatment and um and they decide because you're going in that subconscious no one would let them sign a contract at that point let alone say please take me off the cases but they're also then in that hypothetical they're not in a courthouse but to just no what you're not in a court they're not shown up for work so of course a court can not assign cases somebody who's not showing up for work why why if something doesn't show up for work that should be a good reason for impeachment well no because they well yes and actually that has been there have been two cases they don't show up for work the council still can't do anything they have to be impeached no the council for work because they're in the hospital no i think it goes to this idea that i think you just know if you asked before what actually was just the last question what happens if you're a backlog you i'm not asking about backlog what i am asking about is my scenario and the reason they aren't showing up for work is they're in the hospital going in and out of consciousness and your answer is wow let's impeach them no i think my answer is if the judge it's it's consistent with our position that voluntary agreements are for example a case there's no voluntary agreement because they're not capable of entering into a voluntary agreement that's why i gave you that hypothetical so you have no voluntary agreement as an out and so you've got your scenario there's two options here i know i get some cases or we impeach them i understand that there's no explicit voluntary agreement in your hypothetical my point is consistent with that idea that if you're not there because you're sick or because you're going through treatment or because of whatever other reason or because you maybe have to take time off to attend to family emergency it is fully consistent with the idea that of course when you're not in a courthouse when you're not doing the work no new case get assigned to you but when you are there when you are able to do this when you are willing to do it to withdraw this from you as a punishment the way that happens is barring my hypothetical where they are not able to communicate or make legal decisions if someone's going through a family matter you know what you do you go talk to your chief judge and say i need to hold that would be your voluntary situation but that's very different from my hypothetical and i still haven't heard an answer under your vision of how the constitution works as to why the only answer to that is to keep assigning cases to the person who's going in and out of consciousness for six months or impeach them what is your third option for that one when there's no voluntary agreement so my third option is simple i have to refer back to what i said before that if the judge is not in the courthouse if the judge is not actually doing work for a reason you can stop assigning cases okay i have a harder hypothetical i will at some point uh let you sit down and hear from opposing counsel but and this is sadly um informed by a situation with an elderly relative who became paranoid and aggressive and i could this person was not a lawyer a judge but i could see such an individual coming to the courthouse and being very belligerent and insisting on hearing cases and in fact having the sense that people who were trying to help her were you know out to get her and that she would lash out i mean that happened to the my relative who broke up the relationship that she was in just when she needed it for caring for her and alienated everyone you come into the courthouse you insist on doing your work you yell at parties you yell at counsel you are there and the court does nobody in the system and is it a high crime or misdemeanor it's certainly not good behavior is there nobody in the system who can take steps against a conscious belligerent person whose judgment is clearly in trouble and again i am not suggesting that this is the case the ruling that we make could have effect on others i i appreciate that question just for and in some sense it actually goes back to what i wanted to return in your prior question but what if a judge had a stroke or uh whatever because i police do cite a similar case and we've responded in our uh reply brief there was a similar situation like that on the seventh circuit i think in the northern district of illinois where a judge did have a stroke did not fully regain his executive function which one would think is somewhat problematic for a judge sitting on the bench not having full executive function and yet nobody thought that they could fully develop some judicial authority then chief judge easterbrook simply chose not to assign him criminal cases i guess on the theory that more is at stake in a criminal case than a civil case but that judge continued to sit on civil cases and so i think that just shows that they haven't answered my much harder i have to say i recognize it's very difficult right so but i think it goes to i was and i was getting to the answer i think that in those situations when a judge is belligerent when it judges um the answer is you could potentially reduce the caseload to alleviate the pressure but you can't completely withdraw it and if um and if it really is a problem this really is that bad impeachment ultimately i think i have to fall back on the constitution and our founders contemplated this very scenario they thought about it alexander hamilton wrote because he said that look some states have actually taken a different route so for example at that time in new york had to retire at age 65 percent because people were worried and hamilton writes that we are purposefully not doing that and the up the upshot if the answer is that somebody could outside of the process take care of it then there's no specific constitutional reason why it has to be assigned to judicial counsel as opposed to for example department of justice or the white house there's no specific if you can remove essentially debar judge from hearing cases short of impeachment on a temporary basis there's no there's no specific constitutional prohibition that says well it has to be done by fellow judges but there seems to be serious separation of powers concerns with having another branch be responsible um well i think that those are equally present one is the same branch is doing it because the concept of judicial independence is not merely independent from other branches and the supreme court said it's also independent of each individual judge this is a big debate right you know chandler and the dissents and some of our cases but your historical evidence that you've referred to actually show they considered the possibility of inter-branch discipline i'm sorry could you repeat the question yeah the hamilton and other evidence from the founding does any of it actually speak to intra-branch discipline as opposed to inter-branch discipline which obviously raises more of the types of separation of powers it doesn't speak specifically on inter-branch but hamilton's basis that's like we do not need any additional mechanism but um if it is not a problem to do intra-branch then the other problem follows that would mean that because there's no danger of judges being no no additional dependence from fellow judges it would follow that for example an appellate judge could call a district judge and say look i need you to decide a case this way and it would not be a problem because it's intra-branch and that simply cannot be right so i take a point of course it's an even more danger if you assign the termination to the white house as opposed to intra-branch but i don't think it's really different in kind it's perhaps different in degree i just want to get back you started with a list of sorry that you said their only option is impeachment but then you said impeachment or voluntary suspension right you've agreed with that they voluntarily need a suspension yes and then you said impeachment voluntary suspension and they can't get into the courthouse hey i i think that's you just you added that i don't understand the answer but that's what you added well i've added that you can't get as good as a secondary thing if they're sitting in jail they as a result my hypothetical wasn't jail so i added i gave you a hypothetical they put in your answer was repeatedly that the person in the hospital can't get into the courthouse so you can suspend their work is that correct yes okay so you've got three things now chandler said that you can suspend it for being behind uh in a backlog of cases chandler said that we're bound by that well i i don't think chandler quite said that i think chandler ultimately was decided on jurisdictional issue because uh of course it's perfectly fine but they would be there and made sense to be able to address the backlog that way now you can say it was just dicta and so we but i'm not going to say they were just kidding when they said it i feel like we're bound but we've got those four things but i think you have to look at uh at how it's like the procedural posture at chandler so first josh chandler actually agreed to case reassignments i'm telling you what the supreme court said their words that's what seems that's what i'm telling you right they said you agree they said that they did but again so i think but part of uh and i think actually it could have been an opinion by justice harland as a concurrence and not the majority the majority ultimately did it on the mandamus saying that there's no beautiful right you think they didn't mean it then we don't have to say it no no i don't think i don't think majority endorsed the idea that you can without judges consent simply take away this function majority said that on a um on that case and the facts of that case when judge chandler repeatedly agreed with his judicial powers on case reassignment many courts including federal courts have informal unpublished rules which for example there's other ones provide that when a judge has given a number of been given a number of cases under submission he will not be assigned more cases until opinions and orders issue on its backlog these are reasonable proper and necessary rules and the need for enforcement cannot reasonably be doubted and you're saying we should pay no attention to that no i'm not saying that in fact i'm also going to have that rule as well and we're not sure that's a fourth exception no i don't think it's an exception because in those cases i think we started with a conversation with judge ballard um a while ago when because in that case you're not suspended from determining judicially questions submitted you still have cases you're working on you still have opinions they can suspend new assignments they can suspend new assignments right and i think that goes to um judge christie's very first question about how to distinguish from a bribe and uh the point is that or how to construe the statute if all the statute allows you to do is to essentially suspend new cases while you still have other judicial work that's fine because you're still holding office because you're still exercising judicial powers the united states but if you have no work to do a judgment has not had it for almost two years not petitions so if they allowed one case a year you'd have no objection i think it would be a harder constitutional question i want another answer um allowed one case a year uh i think like i said it would be hard question i don't i don't i would have to think harder about it because again ultimately it's right it's substance right it's substance not shadows and so if it's um but um so long as she has some judicial work to do then she has not been functionally removed from office so one case a year would not be a function i would have to know like how long that case would take she has some judicial work to do but it can't be just like she has you know she does work for three days and now no work for 362 days so um but i i think that as long as a judge has judicial exercise judicial function article three requires some volume of work article three requires the judge be able to exercise yes right i understand that you're exercising judicial power and it sounds like you want to say well more than one case a year but somehow we're right no so i think it's a i think it's a i agree that it's a very hard to draw a line but wherever the court draws that line we're way past that so whether it's you know whether one case a year is enough or whether it has to be like once every month or similar to what other judges in ethics cadastra do and wherever that line is drawn at the very least judge newman has to exercise the powers that the very commission that's hanging on her wall and very commission in which that police rely invest in her and thus far since at least november of 2023 she's had not only no cases not only no petitions she has even been removed from the court list that allows her to see pre-publication opinions of her colleagues she's doing absolutely no work whatsoever in fact if i believe in the one of the orders say it is a defense of the argument that judgment has not been functionally removed but that she has been invited for ice cream socials and she gets occasional emails about patches to the i.t system that cannot be what the constitution envisions an article three power to be okay thank you very much you may it please the court melissa patterson on behalf of the federal circuit judicial council and i would like to start this morning by making clear that no one in these proceedings is disputing judge newman's many contributions to the law generally or the federal circuit specifically for decades before the concerns arose that resulted in the judicial council order that's issued today that order was issued under the judicial conduct and disability act whose review provisions this court has previously addressed in mcbride and in mcbride the court held that if you want to go to sister court and bring a challenge to the type of judicial council order at issue here there's only one type of challenge you can bring and that is a facial challenge to the act itself for all other complaints whether they are about statutory matters or as applied constitutional challenges you have to use the review mechanism that congress created and crafted in the act and that is a petition to the united states judicial conference the problem as you know is the judicial conferences said we can't hear as applied claims and they have this court said we can't hear as applied claims because they need to decide the as applied claims and so mcbride combination mcbride and the position of the judicial conference has left us with a world in which there are constitutional claims that can't be heard anywhere isn't that if that's what this statute creates isn't that a constitutional problem in its own right that is not the state of the world your honor the judicial conference can and does entertain as applied constitutional challenges since this court and mcbride said it said here they said described exactly what their what their standard of review is what they would review and it was not um it was not i believe it's legal legal error which of course includes constitutional challenges clear error of facts or a piece of discretion yes constitutional argument in this case absolutely your honor i referred in february 2024 judge newman's petition to the judicial conference which has been referred to the judicial conduct and disability act which is composed of seven article three judges from the 26 27 who populates the judicial conference and i refer the court to pages 14 through 21 so on page 14 the judicial uh sorry the committee describes the challenges that it has before it and it and it recounts that she is she says the judicial council's alleged violations of the act the rules and the fifth amendment constitute good cause for her refusal to submit to medical testing and that the sanction imposed by the judicial council the one-year suspension that's been under discussion this morning is contrary to the constitution if that goes on to reject those challenges on the merits it says mention of at least some ambiguity about whether they thought they were resolving the arguments the constitutional arguments they described i think it's a it's quite an impossible reading of this opinion to take the view that what the judicial conference did was say we have before us a constitutional challenge for it to go on to analyze and to say quote judge newman was not denied due process to describe the many processes afforded her under the rules to say in fact the judicial council here gave her more process that those rules decided and then so the inference of all of that should be that the judicial conference the article three judges there actually thought we are going to silently not address the due process challenge of the constitutional variety we referred to several pages before and to leave that uncorrected despite the fact that we are of uncontested authority to change any of the sanctions that the judicial council ordered were there any doubt that the that the judicial conference committee considers itself capable of resolving constitutional challenges it did so in the adams case we cite this in our briefs and i don't think there's any possible ambiguity in this statement judge garcia the judicial council order quote did not violate the fourth amendment regarding the mental health examination and orders so i think it is addressed the due process implications of not transferring pardon where do they address the due process implications of not transferring instead of go through recusal which is under statute but where do they say address the due process issue of having someone who has information about the either actual or perception of of bias or relevant information in the case i mean her whole argument is you can't adjudicate my case if you are a witness if you have first-hand knowledge or if you have potential bias or even uh you know it could be an appearance of bias why is that where is that address i would direct the court to pages 15 through 20 of the judicial council decision this is the internal pagination for the committee decision itself uh the court notes judge newman concludes that recusal in this matter is both constitutionally and statutory required for the reasons explained below we we conclude that neither the chief circuit judge nor the judicial council abuse their discretion by not requesting transfer it then goes on to explain that in the system congress has created the the sort of rules of 455 recusal do not apply that the design congress has created they don't go on to then say what whatever whatever the rule is that applies that's not the same thing as saying what does the constitution require and they don't go on there's no constitutional cases and here there's no constitutional analysis so we said at mcbride they've disavowed their ability to decide as applied constitutional claims well in mcbride of course the court still refused to entertain the as applied challenges even when we were in the state of the world where it was uncontested that the judicial conference was not going you said the judicial conference has now changed its practice have they issued a new document that says we will decide as applied constitutional challenges have they announced that they will decide it i i am unaware of any such document but in there read these opinions and think they're actually deciding anything constitutional i most certainly do your honor and if were there any were there any doubt and i don't think there's a fair doubt that the that the judges of the committee understood themselves to be resolving the challenges they described before them i think the adams decision where there was an unambiguous rejection of a fourth amendment challenge puts to rest any idea that the judicial conference is somehow disabling itself from hearing these claims are you is the judicious the jc and d committee or the judicial conference your client in this case or the judicial counsel the judicial counsel is my client yes and so at least ask them you're representing that they believe and for example if another challenge is raised they're they're going to address whether uh this has amounted to an effective removal that violates the separation of powers if the question is do my client judicial clients believe that they are adhering to the constitution and applying this act the answer is unambiguously yes they the simpler way is they believe they have the authority and they will resolve as applied challenges yes and of course the judicial conference can then review their evaluation of the situation that they have before them i do want to return do you also represent the conference i do not i represent the council i do want to return to mcbride because i think that the that the colloquy earlier about what may or may not constitute a facial challenge is something i'd like to weigh in on all of the cases that mr dolwyn is citing about narrowing constructions being appropriate in a facial challenge are first amendment cases and this court has i think in in many a recent case explained that overbreadth is limited to the first amendment and that's because of course if you leave an overbroad statute on the books that has both first amendment compliant and first amendment non-compliant applications you can chill speech and in that particular context given the need to avoid chilling first amendment activity you can even in a situation where there is no as applied challenge for whatever reason take the face of the statute and cut it down we do not have a first amendment challenge here but are you saying there can never be you can never construe a statute to avoid a constitutional problem in a facial challenge outside the first amendment i don't think opposing counsel have pointed to any i'm asking you whether i don't understand why i mean you would have to find a substantial facial constitutional challenge and you have to find ambiguity that could be interpreted to avoid that problem i don't understand why court's duties to avoid constitutional rulings when possible wouldn't apply equally to facial challenges well i think as the first amendment in salerno when what you are doing is changing congress's handiwork not just saying it's been applied unconstitutionally in this circumstance everyone agrees that in the normal course that's how you would get at that problem but when you are actually altering legislative enactments the only time it's appropriate to do that is the no set of circumstances in which congress's actual words could could be could ever be applied i'm just asking a question if if you shouldn't they're scratching your head there have been statutes where like we are really struggling to figure out a single example to be constitutional but if we read this word to mean x rather than y we could do that your position is that's not that's not available i don't know that i have a position on that your honor because well you were just saying that you were saying you know pushing off his constitutional avoidance argument saying that's just a first amendment argument and that's what i'm pushing back on i'm articulating the salerno standard which is i'm aware of the salerno standard i'm saying you could be in a case applying the salerno standard and have a substantial constitutional question in front of you under that standard that could be avoided by construing language in the statute i'm having trouble reconciling that with the facial nature and here's why if what you are doing is narrowing an act you're issuing a narrowing construction by definition that means there are many constitutional applications of the statute now only if you read the statute language as having that narrowing meaning but without that narrowed meaning you wouldn't be able to think of a situation where it'd be constitutional your honor i don't want to quarrel with this court's authority to read statutes in the way it seems the easy answer question here is whether they've raised that type of substantial question i think it's a challenge i think it's clear and i would think it was clear from the opening minutes of mr dolan's presentation where he he referred to the council here functionally affecting removal that this was a statutory violation of the temporary requirement and 354 a2 a1 and that quote these proceedings violate a due process that we do not have a true facial challenge before this court what we have are precisely the type of as applied challenges that judge mcbride tried to bring and that this court said had to be challenged to the judicial conference the judicial conference can address judge newman's claims if she believes that the judicial council has exceeded the boundaries of the statute it can address her chain claims if it consider if judge newman considers the application of these statutes which are valid on their face to have straight outside the bounds of the constitution but under this court's binding precedent that is a question for the judicial conference not a district one so is one way of putting this that for two when you look at 2a1 everyone seems to agree that you can understand what it means in a lot of applications and that a lot of those applications are totally constitutional and if we start from that point do you think that we all we even have to interpret what the outer bounds of the statute are or is your point that no what what everything i just said is enough to resolve what we've always regarded as a facial challenge that your honor uh yes as soon as you have the undoubted you know applications of the statute in 354a2a1 that's all this court would need to resolve and so i do want to note that i think some of the discussion most of the discussion earlier hinged on the idea that you were not deciding any cases of course for the first few months of the suspension the one-year suspension judge newman continued to hear cases because she had a backlog that she was working through and the suspension was only of new cases so even on her own theory this very suspension would have been constitutional between september and november of 2023 and it was only at that when judge newman cleared her backlog that this very suspension would have crossed their line from constitutional into unconstitutional so i think that's enough to show that there are not only many many many um theoretical applications of the statute that are constitutional but even on their own theories this one was for some period of time thanks a few questions about mcbride you might be right that we are bound by its jurisdictional holding but it seems uh like an outlier in several respects and i think maybe one of them is are you aware of any other statute the court has interpreted to bar as applied constitutional challenges but not facial challenges i'm not your honor but i think that this may be an outlier because the scheme is an outlier um of course the actual language of 357c does not have a sort of a bifurcation and you're right that usually there's a high bar to saying to courts acknowledging that congress actually means that and that they will read in an implicit exception for constitution as applied constitutional challenges but mcbride went very carefully through and acknowledged that high bar said yeah we have to have clear and convincing evidence that this is this is what congress meant and that it's okay and and the mcbride court did that work it explained we have a singular context here of the sensitive business of looking into article three judge misconduct or disability and we want to give that to article three judges but in order to protect judicial independence we want to keep it out of the adversarial proceedings that if we put this into an article three court instead of just in front of article three judges who of course have all the life and independence and there's no reason to think that they would scant the right of their members of their own judiciary in this context where congress has created a route to article three judges we think it is okay to read the language of 357c to mean what it says we don't see it questioned that there is a meaningful difference between having as applied challenges of this variety in this context reviewed by article three judges of the judicial conference versus article three judges of a district court or or you know a court of appeals well the main concerning outcome here this is maybe related to one thing judge millet asked about is that you could have an extremely profound as applied constitutional challenge and sure a body composed of article three judges would be able to consider it but as i understand your reading of mcbride the supreme court would never would not be the last word on that question say there really was a judicial order uh that amounted to what everyone agrees is removal the supreme court wouldn't get to weigh in on i assume by everyone you mean everyone but the 26 article three judges of the judicial conference and the supreme court would not be the last word on a profound question of constitutional law i think that is the result under this court's precedent holding that exercises of council power are administrative and not some and therefore i think under the the question the court left open and chandler not subject to supreme court review by mandamus i know per the footnote in our brief we have reserved that that is an open question if you considered the type of power being exercised by a council in the conference to be judicial i think the supreme court would have the ultimate supervisory power over that so we take this court i believe so your honor although i haven't investigated the mechanisms and in part that's because we've taken this court's precedent that it is a form of administrative power as a given but in mcbride this court fully embraced the administrative power can violate constitutional rights and not be challenged i'm not sure i understand the question i mean the fact that i don't understand why whether it's administrative you considered administrative or judicial you have a proceeding here um that the theory seems to be that they that they can address as applied constitutional arguments they don't seem to be doing it but even assuming they could and the supreme court can never review it um i i think that is that if you consider this administrate that that is the answer doesn't seem to me to be your answers seem to suggest that because it was administrative it made sense not to allow judicial court review or supreme court review of constitutional claims in a way that we would never say if it were a judicial body to be clear i think it makes sense whether or not you consider this administrative or judicial power what i am saying is that in in chandler there was a big fight and there was a harlan dissent about whether or not the court had jurisdiction to review the judicial council order it was a 332 order because it predated the act the court leaves that unresolved and justice harlan explains that he thinks it should be judicial and by his lights he thinks that means the supreme court can issue mandatements my only point is that to the extent that judge garcia is concerned about the lack of supreme court review i think that is a function of the way this court has described the nature of authority issued and but let's let's assume this court is correct about that i think congress is entitled to vest this type of dispute this type of constitutional dispute about article three judge misconduct and disability in a in a body of article three judges who are not sitting as a court i don't think there's a constitutional problem with doing that i do want to get any review and of course that's would be sufficient then the supreme court would only be able to correct clear and indisputable constitutional violations but you're right there i know that there are you know under our constitution under different constitutional powers there are things like the court marshals courts marshal which i believe until at least the mid-20th century there was no supreme court review over a final court martial judgment so it is not unknown in our constitutional system what history is there of decisions made by article three judges not military judges and you're not in that unique military system of the supreme court not being to review either at all or only for clear constitutional violations those decisions there's no tradition there's no history there's nothing special or unique about this process i do think there is the way the military i think there are different things that are special and unique about this process and i think some of them are about the weighty constitutional concerns that congress was obliged or at least allowed to consider in setting up a mechanism for something as you were discussing earlier in between a high crime and a misdemeanor and good behavior for the judiciary to have some internal tools to manage judicial proceedings in a way that takes account of the public interest and congress after that's the inconsistence with then providing for judicial review of all constitutional claims unless the outcome of this is that article three judges just don't have constitutional rights that everyone else does if they're upon their removal your honor these all sound like essentially reasons that mcbride was wrongly decided not reasons that mcbride doesn't decide that apply here now i think that mcbride does a good job explaining why in this context congress was allowed to make the well what mcbride said the conference can decide the as applied challenges and if we look at the conference decision here and think that they didn't address the as applied challenge did not deal with the repeated and extended nature of this debarment from acting as a judge didn't deal with the due process issues of having fellow judges fact witnesses people who have relationships with you as your adjudicators what do we do exactly what this court did in mcbride and dismissed the as applied challenges again mcbride did not say we will consider as applied challenges if the judicial conference is not going to mcbride said the opposite we will not consider these as applied challenges even though the judicial conference at that point i think they were sort of thrown out on the assumption that the judicial conference then might change its approach which it did your honor and i don't think pointed anything that says it doesn't mean you found one case where they said something about the fourth amendment but they haven't done it in this case i disagree your honor if we read it is that they have not addressed those claims in this case then we would still be on all fours with mcbride i do want to there was something i know i'm telling you if i read mcbride as saying sort of going forward this is how as claims can be dealt with and then it turns out they're not being dealt with so that's not that was not the world in which mcbride was like they don't seem to so now but we're telling them that's where it should be let's see what happens right they were not at this where we they have looked at these claims and refused to decide them so we are not in the mcbride box in that context i'm i'm asking you what we're supposed to do i think you do anything i think you dismissed the as applied claims as mcbride did i don't think there's any suggestion opinion that they're holding it open or retaining the statutory scheme here in which a body constitutional claims and when there if there are ones that we were to conclude would be plausible ones here are not to be heard at all are we not engaging in the constitutional conduct or reading the statutory scheme to create a constitutional problem i think we are circling back to my profound disagreement with the assumption built in there that the judicial conference is refusing to engage in as applied constitutional challenge i understand i'm i'm asking the question on the assumptions you'll have to take it on the assumptions i understand your position is different that those claims at least two of those claims maybe more were not decided or addressed in this case can't find it in their decision then what do we do i'm just it's a very weird posture we don't i don't know what we do i don't think anything about the dilemma that would be of this court's creation would change the plain meaning of section 357c and what this court in mcbride held it to mean i do want to return to something in your earlier question about something about fact witnesses um part of the rejection of the claims judge newman brought about transfer in the in the committee decision reflects the limited nature of the transfer denial that the judicial council has undertaken so far the only matter it has declined to transfer is a misconduct proceeding that judge newman's council himself agreed did not require any witnesses and could be conducted on a quote paper record for that in narrow if you had a situation say the to me versus ohio situation or not to me that's too easy but if you have something where judges are in fact witnesses or have personal experiential views and interactions with somebody that would in an ordinary court case mandate recusal is it okay for them to decide a pure legal question i don't know your honor and the judicial council you don't let them off the case well stop there's no asterix recusal you don't come in to decide summary judgment but not decide but you can't sit on the trial because you've got your information about the case you've got a personal relationship i mean what's struggling here is the the council's decision about why not to transfer is very much tied up to their own with their own information about why we don't want to we have the information we're here we're experiencing it we're hearing these things and so therefore would be less efficient to transport someone else they do not divorce the very facts that are the groundwork for the concerns about their process at least an appearance of the absence of fear process they're winter woven in the very decision not to transfer the misconduct and nor did congress think just like the judicial council think that that type of background knowledge or access to the on the ground situation meant that circuits should transfer there is no provision there may be a statutory answer i'm asking and there's a constitutional question and i am what i am doing is highlighting congress's view on this constitutional question and while of course not binding on this court i think congress's views on this issue are at minimum entitled to some respect and then i want to direct the court to where does congress have a view that says keep it in house when the judges because the judges will have personal experience with this judge and personal knowledge of the relevant facts where did congress make that judgment in sections 351 through 354 of the act which sets up a scheme in which judges of your home circuit decide these questions the act does not provide for transfer transfer is permitted by rule rule 26 which provides that in extraordinary circumstances that's when transfer is appropriate and the judicial conference here or its committee endorsed the judicial council's lengthy and detailed reasons at page 40 to 50 of its september order not to transfer in part and i do want to make sure that the court appreciates it's at the bottom of page 18 of the committee decision it explains that with respect to the misconduct proceeding the court had a situation of potential disability where there were ongoing effects on the functioning of this court and that ready access to the committee was vitally important both for ensuring that all relevant information was captured in the investigation and providing court staff who it is alleged were on the receiving end of some very troubling behavior uh had confidence that they were being heard had more efficient to have judges who know the facts and themselves may be fact witnesses to sign things so that's more efficient than sending it off to a neutral arbiter who is objective about this and doesn't have personal knowledge or personal experience and shipping it off shipping it up and i think that was the briar report's answer too is that this is a there could be circumstances where transfer is appropriate but the default is that you take care of this in home in part because the judges of the home circuit are closer to this problem and in part because it's work can you cite me another situation where judges who have a council a circuit council has kept a case to to sit in judgment on their colleagues so not courts of appeals looking at court not district court looking at court of appeals a colleague on their bench on and they kept it on the theory that we have personal knowledge of facts and we have had personal interactions is there a case like that because there's lots of examples in their brain i don't know the full body here of ones where courts say no district court judges say i will not sit on someone on the case of a fellow district court colleague um i will not sit on the case of someone who's in the same courthouse as me do you have an example i don't think they have a single example of a disability as opposed to a misconduct case being transformed that case the it's true but it started as a disability case the whole when you can't use the rationale that this was just a narrow decision about misconduct the disability uh inquiry remains in the background it has been ground to a halt okay but then the problem there is if the disability one is where they really claim we have personal knowledge we have personal experience we have personal interactions and that has not that's not divorced that has that has not been resolved yet and both no no sorry you can't say it hasn't been resolved but then say we get to use that information that might prevent us from adjudicating the disability claim but we can bring that into deciding the misconduct claim because it's related to that disability claim your honor at the time the transfer request was made on april 21 the council and the committee had before it both a dis an ongoing disability investigation and a newly opened misconduct inquiry and the investigation it was undertaking was relevant to both i don't think there and i think there are very good reasons that a disability case where there is the potential for ongoing behavior instead of a discreet past asked of misconduct to affect the very courthouse you were in there are very good prudential reasons to keep it and certainly but this did not rise to the level of extraordinary circumstances of transfer now if we ever are able to restart the disability inquiry the council has left open and of course judge newman would be permitted under the rules to call as witnesses fellow judges at that point of course the council may choose to transfer or if it didn't the conference might choose to reverse that decision but we are not at that point there but then you just talked about and and i referenced as well the fact that in their misconduct ruling itself they pointed to matters of personal factual knowledge they have as judges that informed that misconduct decision that's why this is conduct matters so much right it's preventing us from we have these serious concerns about disability and they recite the order goes at great length spends a lot of pages discussing these factual assertions about disability and then they go but this has nothing to do with disability we're just deciding this isolated misconduct question it's it's it doesn't it doesn't hold up your honor sounds like the fact their personal information was affecting their decision on misconduct or certainly on the remedy chosen to address this month misconduct don't let her do any work that addressed both an interest like interim relief on our disability concerns and addresses this misconduct i disagree that there were there was personal knowledge or personal witness testimonies by judges underlying either the order to undergo neurological screening or the misconduct finding when judge newman invoked her right under rule 4a5 to claim she did not need to comply with that order because she had quote good cause to resist it because they didn't just decide that she engaged in of an open-ended suspension it'll just keep getting renewed and and even if she complies they don't say once you comply you'll be back on the roll they said well if you comply then we'll consider whether we should moderate this or not there is no time certain the only time certain thing is is if you comply then you can come back and then we'll think about it again your honor i disagree that this order lacks a time certain it is for one year it is subject to renewal but it is certainly not automatic it has a time within a time the time there is within it is if you comply you come back and then we will think about it that is true but it also had an end date of one year and so in advance of that one year the committee did not automatically recommend renewal renewed for the exact same it was right and the reason to think that absent is there any reason to think given the nature of the decision that was made here that absent compliance it will not continue to be extended i think potentially yes that there may be a form of compliance that the committee is considering right now judge garcia asked for an instead of seeking judicial conference review of the renewed suspension in september 2024 judge newman chose to file a motion for reconsideration and contrary to her earlier refusal to provide much medical testing she has submitted a new set of ct scans that she asserts conclusively prove that she does not suffer from a cognitive impairment i think that the committee's most recently released report shows just how carefully and thoroughly thoroughly it is considering that evidence even though it is not the type of evidence that the court requested the court requested the standard neurological screening that's used to to determine cognitive impairment judge newman has now come forward with an alternate form of evidence the committee retained three experts who have examined this evidence they have surfaced many questions about it and if the court wanted to go into closed session i would be happy to update the court on further developments since that report was released in february but even what's on the public docket exists i think shows that just as a factual matter we are not at an impasse that the committee's mind the council's mind is not closed it's trying very hard to figure out a way forward here and that there is no reason to sit here today and to predict the type of quote ad infinitum suspensions that the judicial conference refused properly to read this as circling back to where we started if the court thought there was some sort of as applied constitutional problem here the judicial conference would be the one the appropriate body to address that now we don't if the court thought it can address these as applied challenges itself we think it should simply reject them largely for the same reasons we think the judicial conference already has i'm happy to answer further questions um if the court has them all right thank you very much thank you um mr uh mr dolvin we will give you three minutes for rebuttal okay thank you judge mullet and i'll try to be as succinct as i can be uh let me just touch on the transfer issue um with respect to my learned colleague on the other side i think the timeline is just incorrect and for um as well as it's it's also incorrect that the transfer was denied only with respect to the misconduct transfer was denied when the disability issue was still pending or was not resolved uh it was denied the very first letter that judge newman's counsel sent to the judicial council was requested transfer this is long before the judicial council said like look we're just going to put disability aside and just do this on a paper record and they denied it and they said we might reconsider it if you submit to the medical testing and you submit medical evidence but we might not reconsider it so i think that's just incorrect also to the point that can we restart this process is it all because of recalcitrance we can restart this process on disability today and judge newman has asked on multiple times that she will submit to whatever test if it was ultimately going to be decided by neutral adjudicators and as to your question judge mullet um i didn't hear your last sentence is it she will submit to whatever test that is ordered by a neutral house if it were um also um my colleague suggested that if if we process gets restarted she'll be able to call public judges as witnesses that is just incorrect in their september 2023 order the judicial council said we would actually preclude her from doing that because we would decide if she wants to call all of us as witnesses there would probably be cumulative unnecessary and this would be just a transparent attempt to sandbag us and to make sure that we can't adjudicate it that is i don't have the page unfortunately in front of me but that's the first suspension order that's september 2023 of the committee or of the uh i think it was inside of both so i i can provide the site but it was done both by the committee and by the council um and finally uh as my time is running short i want to address mcbride a bit um mcbride itself necessarily 45 necessarily contemplates at least some as applied challenges because mcbride leaves open the possibility to consider whether long-term suspension essentially affect a removal that is necessarily an applied challenge because you have to wait what kind of suspension is visited upon a judge to see is it long enough to see is it global enough before addressing it well you're talking about put no five correct it says we obviously we do not decide whether that would by its practical effect constitute an unconstitutional removal i mean one way of understanding that if they just said we don't consider as applied challenges so obviously we wouldn't consider that as applied challenge why is that not no i don't i don't think that's the best way to read it i think the court said that because by the time mcbride came up uh the two suspension already ran and the only thing that was left on the record is really reprimand and the court said that look we're not but we're but we do not decide this specific question which also recognizes that some suspensions could affect removal which would not only run afoul of the constitution but would run afoul of this about this right in the government's view our opinion should have that exact same but you would say that's the as applied challenge we also do not decide whether a long-term removal i guess so except that this is it says quite clearly in a lengthy section many pages earlier that as applied challenges but i think they reserved that as a point i think that's the input otherwise this would notice does not work and of course we're now that situation and it flags a problem a potential as applied challenge for the judicial conference no i think that would that would then the footnote would read differently said that look this is a problem and maybe congress ought to address it and maybe judicial conference ought to address it i i think i think the best reading of it that we're putting that issue to the side because this is not what happens judge mcbride and if you allow me just a couple more seconds judgment just to address uh two more points an important one also about mcbride the problem is with mcbride is that post mcbride supreme court decided axon and was explicitly said that administrative bodies which judicial conference is and they said it in their opinion just in this case not just before in this case that this is administrative proceedings administrative bodies no matter who they're whether they stand by article three judges or aljs they do not have the power not have the constitutional power to hear and adjudicate constitutional challenges whether on a face or as applied so whether you look at footnote five or whether you look at is mcbride even good law axon said upfront facial challenge to the power of a body legal capacity but it's even a lawfully constituted body there they had appointment renewal cost questions to adjudicate that that type of thing your argument that this body can't decide anything about me because it is illegally and unconstitutionally constituted allows me to get out of exhaustion requirements and go to district court that's what they said well no i think i think absent a lot i think i think there's a good line of supreme court precedent that administrative bodies simply cannot adjudicate is this is this is this is the um is either the conference or the circuit council are they executive branch agencies no there's article three agency the article three but they're not article three no but they're not courts so the mere fact they're stepped by article three judges does not make them courts so so there's still agency so i don't think i in that sense i don't think it matters um and last point is the perception of bias a judgment like you're exactly right that there is whether a real bias perception of bias that you have before you debriefed by the dc bar that says that one of the reasons the facts are not that the court needs to delve into but one of the reasons the facts are presented to the dc to the federal circuit are so one-sided is because some of the attorneys who've litigated in front of just humans who appear with before her are not comfortable speaking up in her defense precisely because of this nature which in turn makes this case extraordinary any questions questions thank you very much both counsel the case is submitted
judges: Millett; Pillard; Garcia